**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MOTMANCO, INC., etc.,
et al.,

    Plaintiffs,

vs.                             CASE NO. 3:04-cv-270-J-99HTS

MCDONALD'S CORPORATION, etc.,

    Defendant.

_____

**O R D E R**

Because there is no indication it was filed with the "written consent of the adverse party" or "by leave of court[,]" Rule 15(a), Federal Rules of Civil Procedure, the First Amended Complaint (Doc. #39) is **STRICKEN**.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of April, 2005.

                                        /s/      Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any