**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MOTMANCO, INC., etc., et al.,

    Plaintiffs,

vs.                         CASE NO. 3:04-cv-270-J-99HTS

MCDONALD'S CORPORATION, etc.,

    Defendant.

## O R D E R

In light of the parties' representation that this case has been settled in its entirety, *see* Clerk's Minutes (Doc. #88), Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. #51), Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Doc. #62), and McDonald's Corporation's Motion for Leave to Amend its Affirmative Defenses (Doc. #79) are **DENIED AS MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of July, 2005.

                                            /s/       Howard T. Snyder
                                            HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any